NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CHARLES B. ODOM a/k/a )
CHARLES ODOM, and KIMBERLY )
ODOM, )
)
     Appellants, )
)
v. ) Case No. 2D17-3610
)
DITECH FINANCIAL LLC, f/k/a )
GREEN TREE SERVICING LLC; )
VILLAGEWALK OF BONITA )
SPRINGS HOMEOWNERS )
ASSOCIATION, INC.; ALL )
UNKNOWN PARTIES CLAIMING )
INTERESTS BY, THROUGH, )
UNDER OR AGAINST A NAMED )
DEFENDANT TO THIS ACTION, )
OR HAVING OR CLAIMING TO )
HAVE ANY RIGHT, TITLE OR )
INTEREST IN THE PROPERTY )
HEREIN DESCRIBED, )
)
     Appellees. )
_____ )

Opinion filed October 11, 2019.

Appeal from the Circuit Court for Lee
County; Elizabeth V. Krier, Judge.

Mark P. Stopa of Stopa Law Firm,
Tampa; Latasha Scott of Lord Scott,
PLLC, Tampa; and Richard J. Mockler
of Stay In My Home, P.A., St.
Petersburg (all withdrew after briefing);
Andrew P. Marcus of The Law Office
of Andrew P. Marcus, Fort Myers

(substituted as counsel of record), for Appellants.

Stephen M. Janes of HD Law Partners, Tampa; and William L. Noriega of Padgett Law Group, Tallahassee, for Appellee Ditech Financial, LLC.

No appearance for remaining Appellees.


PER CURIAM.

Affirmed.


SILBERMAN, SALARIO, and ROTHSTEIN-YOUAKIM, JJ., Concur.